IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | |
| RIVIANA FOODS INC., | ) ) ) ) | COMPLAINT |
| Defendant. | ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation and to provide appropriate relief to Bridget Reltherford who was adversely affected by such practices. The Commission alleges that Defendant Employer subjected Bridget Reltherford to sexual harassment. After she complained about the sexual harassment, the Commission alleges that Defendant transferred her to a more difficult department, and when she filed a charge of discrimination based on the sexual harassment, she was subjected to retaliatory suspensions.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII")and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Western District of Tennessee, Western Division.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission ("the Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant Riviana Foods, Inc. ("Defendant Employer"), has been a foreign corporation incorporated in the State of Delaware, has continuously been doing business in the State of Tennessee and the City of Memphis, and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).  Defendant Employer, a wholly-owned subsidiary of Ebro Puleva, S.A., is a marketer and processor of consumer rice products.

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Bridget Reltherford filed a charge with the Commission alleging violations of Title VII by Defendant Employer.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least May 2007, Defendant Employer has engaged in unlawful employment practices at its Memphis, Tennessee location, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

8.       Defendant Employer subjected Bridget Reltherford to unwelcome sexual

harassment that was severe and pervasive.

9.      The effect of the practices complained of in paragraph 8 above has been to deprive Bridget Reltherford of equal employment opportunities and otherwise affect her status as employee because of her sex.

10.     Since at least last May 2007, Defendant Employer has engaged in unlawful employment practices at its Memphis, Tennessee location in violation of Section 704 of Title VII, 42 U.S.C. § 2000e-3(a).

11.      The effect of the practices complained of in paragraphs 10 above has been to deprive Ms. Reltherford of equal employment opportunities and otherwise adversely affect her status as an employee because of retaliation.

12.      The unlawful employment practices complained of in paragraphs 8 and 10 above were intentional.

13.      The unlawful employment practices complained of in paragraphs 8 and 10 above were done with malice or with reckless indifference to the federally protected rights of Ms. Reltherford.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in sexual harassment.

B.      Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for female employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant Employer to make whole Ms. Reltherford by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Defendant Employer to make Bridget Reltherford whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 10 above, in amounts to be determined at trial.

E.      Order Defendant Employer to make whole Bridget Reltherford by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8 and 10 above, including emotional distress, pain and suffering, embarrassment, humiliation and loss of enjoyment of life, in amounts to be determined at trial.

F.      Order Defendant Employer to pay Bridget Reltherford punitive damages for its malicious and reckless conduct described in paragraphs 8 and 10 above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

4

**RONALD S. COOPER**
General Counsel

**JAMES LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel


s/ Faye A. Williams (with permission DS)
**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730


s/ Deidre Smith
**DEIDRE SMITH**
Supervisory Trial Attorney
Tennessee Bar No. 018499

Equal Employment Opportunity
Commission
1407 Union Avenue, Suite 901
Memphis, TN 38104
(901) 544-0140